IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:26-cr-64 |
| v. | ) | |
| | ) | (18 U.S.C. § 371; 18 U.S.C. § 48) |
| AMANDA LEIGH FOUREZ | ) | |

## INFORMATION

At all times relevant to this Information:

### Legal Background

1.     The term "animal crushing" meant actual conduct in which one or more living non-human mammals were purposely crushed, burned, drowned, suffocated, impaled, or otherwise subjected to serious bodily injury. 18 U.S.C. § 48(f)(l).

2.     The term "serious bodily injury" meant injuries which involved a substantial risk of death; extreme physical pain; protracted or obvious disfigurement; and protracted loss or impairment of the function of a bodily member or organ. 18 U. S.C. § 48(f)(l) (citing 18 U.S.C. § 1365).

3.     Instances of sexual abuse by force and sexual abuse in which the victim was not physically capable of declining participation were also included within the definition of animal crushing. 18 U.S.C. § 48(f)(l) (citing 18 U.S.C. §§ 2241, 2242).

4.     The term "animal crush video" meant any photograph, motion-picture film, video or digital recording, or electronic image that depicted animal crushing and was obscene. 18 U.S.C. § 48(f)(2)(A)-(B).

1

5.      It was unlawful for any person to knowingly sell, market, advertise, exchange, or distribute an animal crush video in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(3).

6.      It was unlawful for any person to knowingly create an animal crush video if the person intended or had reason to know that the animal crush video would be distributed in, or using a means or facility of, interstate or foreign commerce; or where the animal crush video was distributed in, or using a means or facility of, interstate or foreign commerce. 18 U.S.C. § 48(a)(2).

### Factual Background and Relevant Parties

7.      AMANDA LEIGH FOUREZ was a resident of Catlin, Illinois.

8.      From at least October 2022 until approximately February 2025, AMANDA LEIGH FOUREZ belonged to an association of people who distributed, watched, and discussed videos of monkeys being tortured and abused. These people congregated online using various platforms.

9.      One such group of people utilized group chats through the Telegram application. One such Telegram group was called "Oblivion," a private payment group where members pooled money to commission bespoke videos of monkeys being beaten, cut, burned, mutilated, and sexually abused.

10.     AMANDA LEIGH FOUREZ, under the screenname "ASTRIELLE," was a participant of "Oblivion."

11.     AMANDA LEIGH FOUREZ, using the screenname "STERNOCLEIDOMASTOID," was a participant of other Telegram crush groups where members distributed crush videos.

12.     It was the practice of members of "Oblivion" to send money to an individual in Indonesia (known as a "videographer" or "VO") to commission the creation of bespoke videos.

2

The requester would send instructions with the specific acts of torture the requester wished to see. The videographer would then obtain a monkey, often using funds sent from the United States by an "Oblivion" member, and subject the animal to the requested acts while filming. The videographer would then distribute the resulting video electronically to the requester using email, phone-based messaging programs, and/or online storage platforms.

13.    Recipients of the bespoke crush videos from the videographer would control the distribution of those videos to further individuals through other similar Telegram groups dedicated to collecting and sharing monkey crush videos.

14.    The "Oblivion" group had its membership numbers fluctuate; however, the group contained AMANDA LEIGH FOUREZ, Co-Conspirator ("CC") 1, CC2, CC3, as well as others.

15.    CC1 resided in Mt. Pleasant, Pennsylvania, in the Western District of Pennsylvania, CC2 and CC3 resided outside of Pennsylvania.

16.    CC4 and CC5 were animal crush video creators who resided outside of Pennsylvania.

**COUNT ONE**
**Conspiracy to Create Animal Crush Videos**
**18 U. S. C. § 371**

17.    Paragraphs 1 through 16 of this Information are hereby realleged and incorporated by reference as if fully set forth herein.

18.    Between on or about June 1, 2023, and February 18, 2025, defendant AMANDA LEIGH FOUREZ, along with CC1, CC2, CC3, and others known and unknown to the United States, did knowingly and willfully conspire and agree with each other and others to violate 18 U.S.C. § 48(a)(2) (creation of animal crush videos).

3

**Manners and Means**

19.    Among the manners and means employed by AMANDA LEIGH FOUREZ and her coconspirators to carry out the conspiracy and effect its unlawful objects were:

a.  To use phone-based messaging programs to discuss the financing and creation of animal crush videos;

b.  To use phone-based messaging programs and other electronic means to contact and solicit individuals living overseas (videographers) willing to film themselves carrying out violent, obscene acts against monkeys in exchange for payment;

c.  To use third-party payment providers to pool money and pay videographers in exchange for subjecting monkeys to the acts of crushing, creating a video recording of those acts of crushing, and distributing the resultant video in interstate and foreign commerce; and

d.  To use phone-based messaging programs and other electronic means to distribute the animal crush videos among the members of the conspiracy and other members of the conspiracy and others.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

4

**Overt Acts**

20.    In furtherance of the conspiracy and in order to affect its objectives, AMANDA LEIGH FOUREZ and her co-conspirators committed and caused to be committed, the following overt acts in the Western District of Pennsylvania, and elsewhere, the dates stated being approximate:

Overt Acts 1-10. Beginning in or around October 2023 through January 2024, AMANDA LEIGH FOUREZ sent 10 payments, ranging from $90-100, through Venmo, CashApp, and PayPal to CC2, CC1 and CC3 sent payments to CC2, and CC2 pooled those payments to commission animal crush videos from CC4, each payment constituting an overt act.

Overt Act 11. Between September 2023 and January 2025, AMANDA LEIGH FOUREZ, sent a payment for approximately $100 through CakeWallet to CC5 to commission animal crush videos.

All in violation of 18 U.S.C. §371.

<u>**COUNT TWO**</u>
**Distribution of Animal Crush Videos**
**18 U. S. C. § 48(a)(3)**

21.    The factual allegations in paragraphs 1 through 16 of this Information are hereby realleged and incorporated by reference as if fully set forth herein.

22.    From in or around October 2024, through in or around December 2024, in the Western District of Pennsylvania, and elsewhere, defendant, AMANDA LEIGH FOUREZ, using the screen name "STERNOCLEIDOMASTOID," did knowingly sell, market, advertise, exchange, and distribute, and cause to be sold, marketed, advertised, exchanged, and distributed animal crush videos on at least 10 occasions, intending and having reason to know that the videos would be distributed in, and using a means and facility of, interstate and foreign commerce, in violation of Title 18, United States Code, Section 48(a)(3).

All in violation of 18 U.S.C. § 48(a)(3).

TROY RIVETTI
United States Attorney
Western District of Pennsylvania
PA ID No. 56816

KELLY M. LOCHER
Assistant U.S. Attorney
Western District of Pennsylvania
PA ID No. 322400

ADAM R.F. GUSTAFSON
Principal Deputy Assist. Attorney
General United States Department of
Justice

EMILY R. STONE
Trial Attorney
Environmental Crimes Section
FL Bar No. 92077