**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.                                              Criminal No. 2:26-cr-64

AMANDA LEIGH FOUREZ

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. 26-cr-40                     Judge: RANJAN

CATEGORY: 1. ◯ Narcotics and Other Controlled Substances (Defs: ◯1-2 ◯3-9 ◯10+)
2. ◯ Fraud and Property Offenses (Defs: ◯1-2 ◯3-9 ◯10+)
3. ◉ Crimes of Violence
4. ◯ Sex Offenses
5. ◯ Firearms and Explosives
6. ◯ Immigration
7. ◯ All Others

Previous Proceedings before Magistrate Judge: _____
Case No.: _____
*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant  ◯ is in custody  ◉ is not in custody
Custody is  ◯ State  ◯ Federal    Name of Institution: _____

Defendant  ◯ is  ◉ is not serving a term of Supervised Release
Case No. _____          Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 03/26/2026                           *s/Kelly M. Locher*
                                           KELLY M. LOCHER
                                           Assistant U.S. Attorney
                                           PA ID No. 322400